[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 30, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14973
Non-Argument Calendar

_____

D. C. Docket No. 04-00408-CR-MHS-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBIN ECHEVARRIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(March 30, 2007)**

Before BLACK, MARCUS and HILL, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Robin Echevarria in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Echevarria's convictions and sentences are **AFFIRMED**.